DAVID E. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland Oregon 97223
(503) 245-6309
OSB NO. 73372

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**Peggy Brock**

          **Plaintiff,**

vs.

Civil No. 05-cv-01378-BR

**Commissioner of Social Security**

       **Defendant.**

**ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment against defendant for expenses in the amount of **$5.40**, costs in the amount of **$9.20**, and attorney's fees in the amount of **$3974.26** for total in the amount of **$3988.86**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. Payment should be made to plaintiff's attorney.

Done this 29th day of June, 2006.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**